JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Steven Ngo

        Plaintiff,

v.

George Bonorris et al

        Defendants.

Case No.  CV 16-04468-AB (KSx)

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  September 26, 2016  _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.